COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

        NO. 2-06-388-CV

 

IN RE
BERNARD SCHUCHMANN                                                RELATOR

 

                                               ----------

 

                                    ORIGINAL
PROCEEDING

 

                                               ----------

                                   MEMORANDUM
OPINION[1]

                                               ----------

The court has considered relator's petition for writ of prohibition
and emergency motion for temporary relief. 
The court is of the opinion that relief should be denied.  Accordingly, relator=s petition for writ of prohibition and emergency motion for temporary
relief are denied.  

Relator shall pay all costs incurred in this proceeding, for which let
execution issue.

PER CURIAM

PANEL A:   HOLMAN, LIVINGSTON,
AND GARDNER, JJ.

DELIVERED:  October 27, 2006 

 











[1]See Tex. R.
App. P. 47.4